IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH JONES,

  Petitioner,

v.           CASE NO. 1D15-5249

STATE OF FLORIDA,

  Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Opinion filed February 5, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Joseph Jones, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Samuel Steinberg, Assistant Attorney General, Tallahassee, for Respondent.


PER CURIAM.

  Petitioner is granted a belated appeal of the April 21, 2015, order denying defendant's motion for postconviction relief in Duval County Circuit Court case number 16-2006-CF-008267-AXXX-MA. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. See Fla. R. App. P. 9.141(c)(6)(D).

OSTERHAUS, KELSEY, and WINOKUR, JJ., CONCUR.